UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTOINE TYSHAWN BANKS,

    Petitioner,

v.                                      Case No.  3:20-cv-5657-LC-MJF

MARK S. INCH,

    Respondent.
                                     /

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 21, 2020. (Doc. 2). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

    Having considered the Report and Recommendation, I conclude that it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation (Doc. 2), is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED** for lack of jurisdiction.

3.  The Clerk of Court is directed to terminate all pending motions, close this case file, and send Petitioner the petition form for habeas cases filed under 28 U.S.C. § 2254.

**DONE AND ORDERED** this 18th day of August, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**